# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-1808

_____

William Lewis Ramsey

*Plaintiff - Appellant*

v.

Michelle Wingo

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: December 20, 2019
Filed: December 27, 2019
[Unpublished]

_____

Before LOKEN, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Federal inmate William Ramsey appeals the district court's[1] grant of summary judgment dismissing his <u>Bivens</u> claim against Michelle Wingo, a physician assistant at the Federal Correction Center in Forrest City, Arkansas. Upon de novo review, we agree that Ramsey failed to exhaust his administrative remedies before bringing suit, as 42 U.S.C. § 1997e(a) requires. <u>See</u> <u>Porter v. Sturm</u>, 781 F.3d 448, 451 (8th Cir. 2015) (standard of review). We further agree that the grievance process was not unavailable to Ramsey, and he offered no admissible evidence showing that prison officials prevented him from appealing. <u>See</u> <u>id.</u> at 452; 28 C.F.R. § 542.18.

The judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

_____

[1]The Honorable D.P. Marshall Jr., Chief Judge of the United States District Court for the Eastern District of Arkansas, adopting the findings and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.